IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHARLIE DRAGO,<br>　　Plaintiff, | §<br>§<br>§ |
| v. | § Civil Action No. 5:21-cv-00813-XR<br>§ |
| JPMORGAN CHASE & CO.,<br>　　Defendant. | §<br>§<br>§ |

## DEFENDANT'S ADVISORY TO THE COURT

Pursuant to Judge Rodriguez's Standing Order Concerning Removed Cases, Doc. 2, Defendant JPMorgan Chase & Co. ("JPMC") files this Advisory to the Court as follows:

**(a) The date on which the removing party was served with a summons and petition. If the Notice of Removal is filed more than thirty days after this date, explain why. If removal is based on "other paper," identify the paper (provide it if not already provided) and state the date on which it was received.**

The removing party, JPMC, was served with a summons and petition on August 16, 2021. JPMC removed the lawsuit to this Court eleven days later.

**(b) Identify whether any defendants who had been served prior to the time of removal are citizens of Texas.**

JPMC is the only defendant in this action. JPMC is not a citizen of Texas.

**(c) Identify any defendant who had been served prior to the time of removal who did not formally join in the notice of removal and the reasons therefor (provide copies of written consents, if any, if not already on file).**

None.

**(d) Was this case removed from one of the following counties: Atascosa, Bandera, Bexar, Comal, Dimmit, Frio, Gonzales, Guadalupe, Karnes, Kendall, Kerr, Medina, Real, or Wilson. If no, state what county it was removed from.**

This case was removed from Bexar County.

Respectfully submitted,

By: */s/ Christopher Bankler*
Christopher Bankler
State Bar No. 24066754
cbankler@jw.com

JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile

**ATTORNEY FOR DEFENDANT JPMORGAN CHASE & CO.**

## CERTIFICATE OF SERVICE

This is to certify that on September 1, 2021, a true and correct copy of the foregoing document was served via electronic service upon:

William M. Clanton
bill@clantonlawoffice.com
Law Office of Bill Clanton, P.C.

*/s/ Christopher Bankler*
Christopher Bankler