IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHARLIE DRAGO,<br>    Plaintiff, | §<br>§<br>§ |
| v. | § Civil Action No. 5:21-cv-00813-XR |
| | § |
| JPMORGAN CHASE & CO.,<br>    Defendant. | §<br>§<br>§ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cody A. Martinez of the law firm JACKSON WALKER L.L.P. files this Notice of Appearance as counsel for JPMorgan Chase Bank, N.A. ("Chase") and respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon the following counsel:

> Cody A. Martinez
> cmartinez@jw.com
> 2323 Ross Avenue, Suite 600
> Dallas, Texas 75201
> (214) 953-6000 Telephone
> (214) 661-6899 Facsimile

Christopher Bankler will remain as lead counsel for Chase. The undersigned further requests that the District Clerk place the above information on any mailing matrix or list of counsel in the above-numbered case.

Respectfully submitted

**JACKSON WALKER L.L.P.**

By: */s/ Cody A. Martinez*
    Christopher Bankler
    State Bar No. 24066754
    cbankler@jw.com
    Cody A. Martinez
    State Bar No. 24102146
    cmartinez@jw.com
    JACKSON WALKER L.L.P.
    2323 Ross Avenue, Suite 600
    Dallas, Texas 75201
    Telephone: (214) 953-6000
    Facsimile: (214) 661-6899

**ATTORNEYS FOR CHASE**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 22, 2021, a true and correct copy of the foregoing was served via ECF on all counsel of record.

    */s/ Cody A. Martinez*
    Cody A. Martinez